# EXHIBIT A

# DECLARATION OF

# CHARLES LEE MUDD JR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. DAVID SHIFRIN, <br> DR. K. SHEILA SHIFRIN, <br> THE SHIFRIN GROUP, LLC, <br> THE D.A.S. GROUP, LLC, <br> CHICAGO COSMETIC SURGERY <br> INSTITUTE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES 1-78, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 1:20-cv-05932 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Gabriel A. Fuentes |

**DECLARATION OF CHARLES LEE MUDD JR.**

I, Charles Lee Mudd Jr., do hereby declare, testify, and state as follows:

1. I am an attorney licensed to practice in the States of Illinois, Indiana, Connecticut, and Utah.

2. My firm and I represent the Plaintiffs in the above-captioned litigation.

3. Prior to filing the above-captioned litigation, the Plaintiffs and their counsel conducted an investigation into the Defendants' conduct and identity.

4. The investigation did not produce any substantial evidence that affirmatively identified the Defendants by their names.

5. Third party sources related to the Defendants' conduct possess information in electronic form that may identify the Defendants.

6. Based upon my experience in litigation involving anonymous parties, it is unlikely that third party sources, particularly Internet Service Providers ("ISPs"), will produce

documents absent a subpoena.

7. Based on the foregoing, absent expedited discovery, the Plaintiffs will not be able to identify the Defendants and proceed with the litigation.

8. Based upon my experience in litigation involving anonymous parties and conduct involving the Internet, the information that will tend to identify the Defendants most likely exists in electronic records that may be destroyed if not expeditiously obtained and preserved.

9. Often, in the normal course of business, electronic mail communications providers and hosts of content on the Internet may destroy certain information relating to accounts and associated Internet Protocol ("IP") addresses after thirty (30) days.

10. The Plaintiffs will also need to subpoena information from the ISPs associated with the IP addresses produced by Yelp Inc., Google LLC, and other third-party sources. ISPs also tend to destroy certain information relating to accounts and associated IP addresses after thirty (30) days.

11. Some ISPs may destroy information relating to accounts or IP addresses on shorter or longer timetables, as may be the case.

12. However, most ISPs destroy information related to IP addresses after some point in time simply due to the volume of information collected.

13. Expedited discovery is necessary to prevent the destruction of the information that could identify the Defendants.

14. Through expedited discovery, the Plaintiffs seek discovery limited to that which is necessary to identify the Defendants. This proposed discovery will include subpoenaing information from third parties about the identity or identities of individual(s) using the IP addresses associated with the publication of false and defamatory posts about the Plaintiffs.

Additionally, the proposed discovery will include issuing subpoenas to any third parties identified (either by name or through IP addresses) as having relevant information about the individual(s) who published the false and defamatory posts about the Plaintiffs (for example, a third party might reveal an IP address; the IP address may be licensed to a particular company; it would then be necessary to subpoena information from the company about the user of the IP address). For each of the foregoing, the information sought will be limited to information that would tend to identify the Defendants including, but not limited to, the associated name, address, user logs, IP addresses, telephone numbers, and related information.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 27, 2020

                                                       /s/Charles Lee Mudd Jr.
                                                       Charles Lee Mudd Jr.