## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DR. DAVID SHIFRIN, | ) | |
| DR. K. SHEILA SHIFRIN, | ) | |
| THE SHIFRIN GROUP, LLC, | ) | |
| THE D.A.S. GROUP, LLC, | ) | |
| CHICAGO COSMETIC SURGERY | ) | |
| INSTITUTE LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 1:20-cv-05932 |
| | ) | |
| v. | ) | Honorable Manish S. Shah |
| | ) | |
| JOHN DOES 1-78, | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

### STATUS REPORT PURSUANT TO
### ORDER ENTERED DECEMBER 28, 2020 (Doc #6)

Pursuant to Doc. #6, the Plaintiffs submit the following Status Report:

1. The Plaintiffs have elected to pursue their case in state court. They will not file an

Amended Complaint or Motion to Reconsider with this Court.

Dated:  Chicago, Illinois     PLAINTIFFS,
      January 19, 2021


               /s/ Graham Deurance
               By: One of Their Attorneys
               Graham Deurance
               Mudd Law Offices
               411 South Sangamon Street, Suite 1B
               Chicago, Illinois 60607
               Illinois Bar No.: 6325600
               graham@muddlaw.com

## CERTIFICATE OF SERVICE

I, Graham Deurance, do hereby certify that service of this **STATUS REPORT PURSUANT TO ORDER ENTERED DECEMBER 28, 2020 (Doc #6)** shall be accomplished pursuant to Electronic Case Filing ("ECF") as to ECF Users and shall be sent as indicated to any non-ECF parties listed in the service list below all on the 19th day of January, 2021.

/s/ Graham Deurance
Graham Deurance - #6325600
Mudd Law Offices
411 South Sangamon Street, Suite 1B
Chicago, Illinois 60607
312.964.5051 Telephone
312.803.1667 Facsimile
graham@muddlaw.com
docket@muddlaw.com

## SERVICE LIST

Means by which to communicate with Defendants is as yet unknown.